IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

SOLLAC, et al,            :
                          :
    Plaintiff(s)           :
                          :   Case Number: C-1-00-619
vs.                       :
                          :   District Judge Susan J. Dlott
AK STEEL CORPORATION,     :
                          :
    Defendant(s)           :

ORDER

This matter is before the Court upon the parties request to amend the scheduling order in this case. Such request is hereby GRANTED and the Court hereby amends the schedule in this case as follows:

| | |
|---|---|
| Last date to file dispositive motions not directed to the pleadings. (E.g. summary judgment motions) | 11/14/03 |
| Memoranda contra due | 12/12/03 |
| Reply Memoranda due | 12/31/03 |

(These dates apply to any summary judgment motions filed on the last date allowed; dispositive motions filed earlier in the case shall be treated in accordance with S.D. Ohio L. R. 7.2).

ALL OTHER DATES SHALL REMAIN AS CURRENTLY SCHEDULED.

IT IS SO ORDERED.

___s/Susan J. Dlott_____
Susan J. Dlott
United States District Judge